RECEIVED UNITED STATES DISTRICT COURT
SEP 14 2012 EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
BY MAIL

MARCUS ELLIS )
  PETITIONER, )
)
)
)
)
       v. ) CAUSE No.4:10cv2227 ERW-TCM.
)
)
MICHEAL BOWERSOX )
RESPONDENT. )
)
)
)
)

## Motion for Sanctions

 Comes now petitioner, Marcus Ellis, filing pro se, and request that this court impose sanctions on the respondent. In support the petitioner states the following:

(1). The respondent has failed to answer to the court deadline for a second time.

(1)

1) <u>Imposition of sanctions on the respondent.</u>

The court has ordered the respondent to answer to the petitioner claim on, or before June 25, 2012 and the respondent has not 'timely' responded. On August 15, 2012 the court had ordered the repondent (<u>for a second time</u>) to answer to the petitioner claim on, or before Sep-7-2012, and the repsndent has not timely responded.

It has been a total of 130 days since the respondent has been given notice to respond to the petitioner claim. The court has given the respondent fair notice that 'sanctions' may be imposed if the respondent does not meet the court deadline.

There is 'no excuse' for the failure to timely respond becasse the respondent knew about the courts deadline for a total of four(4) months, and more.

The petitioner asks this court to impose the 'forfeiture' rule against respondent that is in the petitioner 'forfeiture motion'. And that the court rule that the respondent forfeited any argument to the petitioner claim.

<u>Note:</u> If the respondent ask this court for an extension of time, or if the respondent tries to give an excuse for his forfeiture, then the petitioner will like to respond. Thank You.

(2.)

## Conclusion

That this motion be granted.

Marcus Ellis-1109800

S.C.C.C.

255 west highway 32

Licking Mo, 65542.

9-11-2012

Signuture: _Marcus Ellis_

## Certificate of Service.

I hereby, certify that a true copy of this motion was sent to the following:

Chris Koster,

P.O. Box 899

Jefferson City, Mo 65102.

    and

Michael Bowersox,

S.C.C.C.

255 west highway 32

Licking, Mo 65542.

(3.)

Marcus Ellis-1160800
South Central Correctional Center
255 W. Hwy. 32
Licking, MO 65542
3-D-108

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

TO: Clerk of Court
U.S. District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

RECEIVED
SEP 14 2012
BY MAIL

Legal Mail